———o———

HENRY C. CLARK, et al., Respondents, vs. WILLIAM G. ESTEES, Appellant.

1. *Supreme Court—Assignment of errors.*—Appeal dismissed for failure to file assignment of error, statement of brief, etc.

*Appeal from Christian Circuit Court.*

*James R. Vaughan & D. M. Payne,* for Respondents.

VORIES, Judge, delivered the opinion of the court.

The appellant in this case having failed to file any assignment of errors, or statement and brief in the cause, as is required by law, the appeal is therefore dismissed.

The other judges concur.